IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FORREST KENDRID,** | 2:22-cv-2300-CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **R. SCOTT, et al.,** | |
| Defendants. | |

Plaintiff is proceeding pro se in this civil rights action filed pursuant to U.S.C. § 1983. On September 10, 2023, the Court issued an order referring this case to the Court's Post-Screening Early Alternative Dispute Resolution (ADR) Program and stayed the case. The Court advised defendant that counsel could opt out of the settlement conference within thirty days. Defendant filed a motion to opt out of the ADR program on October 4, 2023.

Accordingly, it is HEREBY ORDERED that Defendants' motion to opt out (ECF No. 22) is GRANTED and the stay of this action is LIFTED.

October 11, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE