1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FORREST KENDRID,                          No.  2:22-cv-02300-CKD P

12                     Plaintiff,

13         v.                                    ORDER

14    R. SCOTT, et al.,

15                     Defendants.

16

17        Plaintiff is a civil detainee proceeding pro se in an action brought under 42 U.S.C. § 1983.

18   On October 17, 2023, the court denied plaintiff's motion to amend without prejudice to refiling it

19   with a proposed first amended complaint that identified the John Doe defendant by his actual

20   name.  ECF No. 26.  Plaintiff has filed an objection to this order which the court liberally

21   construes as a motion for clarification of the October 17, 2023 order.[1]  Plaintiff's motion for

22   clarification is granted as explained in this order.

23        To clarify, plaintiff's motion to amend was simply **incomplete** because it did not include a

24   first amended complaint.  This problem is not fatal and can be fixed.  The court is giving plaintiff

25   thirty days from the date of this order to make the necessary changes to a copy of the original

26

27   [1] Plaintiff has also filed another motion to amend his complaint as well as his second motion for
     the appointment of counsel.  ECF Nos. 27-28.  Defendants have filed a notice indicating their lack
     of opposition to plaintiff's motion to amend to properly identify the John Doe defendant in this
28   case.  ECF No. 30.

                                                   1

1  complaint that the court is sending along with this order.

2      In order to move this case forward against defendant John Doe Psychiatric Technician,

3  plaintiff is advised that three changes need to be made to the original complaint.  First, in the case

4  caption on page one, plaintiff should add the words "First Amended" before the typed "Civil

5  Rights Complaint By A Prisoner" phrase.  Second, plaintiff should strike through "John Doe

6  Psychiatric Technician" **every single time** that it appears in the complaint and replace it with

7  "Allan Coello," if that is this defendant's true identity.  Lastly, plaintiff should sign this copy

8  under penalty of perjury and date it before mailing it back to the court.

9      If plaintiff completes these three steps, the court will order service of the amended

10 complaint on Allan Coello.  If plaintiff fails to substitute the true identity of the John Doe

11 Psychiatric Technician within 30 days, this case will proceed to discovery as to defendants R.

12 Scott, S. Scott, and Lautenslager.

13     Accordingly, IT IS HEREBY ORDERED that:

14     1.  Plaintiff's objections docketed on October 23, 2023 (ECF No. 29) are construed as a

15         motion for clarification.  So construed, the motion is granted as explained herein.

16     2.  The Clerk of Court is directed to send plaintiff a one-time courtesy copy of his

17         complaint (ECF No. 1).

18     3.  Within 30 days from the date of this order, plaintiff may re-file this complaint with the

19         three changes identified in this order which the court will accept as the proposed first

20         amended complaint to accompany his pending motion to amend received on October

21         20, 2023 (ECF No. 28).

22 Dated:  November 2, 2023

23                                              _____
                                               CAROLYN K. DELANEY
24                                             UNITED STATES MAGISTRATE JUDGE

25

26

27 12/kend2300.m2amend

28

                                              2