UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FORREST KENDRID,**

Plaintiff,

v.

**R. SCOTT, et al.,**

Defendants.

Case No. 2:22-cv-02300-CKD

**ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR INITIAL EXTENSION OF DISCOVERY DEADLINE**

Defendants move *ex parte* for an initial 60-day extension of the discovery deadline, currently set for April 12, 2024, for the limited purpose of rescheduling Plaintiff's deposition and deposing Plaintiff.  Upon due consideration of the supporting declaration of counsel, good cause appearing, the Court **GRANTS** Defendants' motion.  The Court extends the discovery deadline to June 11, 2024, for the limited purpose of permitting Defendants to reschedule Plaintiff's deposition and depose Plaintiff.

**IT IS SO ORDERED**.

Dated:  April 10, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

(2:22-cv-02300-CKD)