UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. SCOTT, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-2300-CKD-P<br><br><br>ORDER |

　　　　On October 11, 2024 defendants filed a motion to dismiss this action based on plaintiff's failure to prosecute. ECF No. 49. To date, plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within 21 days from the date of this order, plaintiff shall file an opposition to the motion to dismiss or a statement of voluntary dismissal of this action. Failure to comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: November 19, 2024

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12/kend2300.46osc

1