UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID, | No. 2:22-cv-02300-DAD-CKD (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS |
| R. SCOTT, et al., | |
| Defendants. | (Doc. Nos. 49, 51) |

Plaintiff Forrest Kendrid is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 15, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss (Doc. No. 49) be granted and this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) because plaintiff has failed to participate in discovery and failed to prosecute this action.  (Doc. No. 51.)  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 3.)  Neither plaintiff nor defendants filed any objections to the findings and recommendations and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 15, 2025 (Doc. No. 51) are ADOPTED in full;
2. Defendants' motion to dismiss (Doc. No. 49) is GRANTED;
3. This action is DISMISSED, without prejudice, due to plaintiff's failure to prosecute; and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **May 7, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE