UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. SCOTT, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-2300-DAD-CKD P<br><br><br>ORDER |

　　　　On September 16, 2025, plaintiff filed a notice of change of address and request for "the opportunity to address the reconnection of the finding of the court." (ECF No. 57 at 1.) Plaintiff further asks for all mail returned to the court to be sent to his updated address of record.

　　　　This civil rights action was closed on May 8, 2025, following findings and recommendations filed on January 15, 2025. The findings and recommendations, court's order, and judgment (ECF Nos. 51, 52, 53) were served to plaintiff's address of record by mail and not returned by the US Postal Service. The Clerk of the Court will be directed to re-serve copies to plaintiff's new address of record.

　　　　In accordance with the above, IT IS ORDERED as follows:

　　　　1. Plaintiff's request (ECF No. 57) is construed as a request for status of this case, and so construed, is GRANTED.

1

2. The Clerk of the Court shall serve copies of ECF Nos. 51, 52, and 53 to plaintiff's current address of record.

Dated: September 23, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.kend2300.58